**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1414**

———————

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

S. RANDOLPH SENGEL; DIETRA Y. TRENT; MARK R.
WARNER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-04-1-A)

———————

Submitted: June 10, 2004          Decided: June 16, 2004

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael J. Sindram, Appellant Pro Se. Alexander Francuzenko,
O'CONNELL, O'CONNELL & SARSFIELD, Rockville, Maryland; Martha
Murphey Parrish, Assistant Attorney General, Richmond, Virginia,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Sindram appeals the district court's amended order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sindram v. Sengal, No. CA-04-1-A (E.D. Va. Mar. 24, 2004). We deny Sindram's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -